UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 12-10027-WGY |
| ) | |
| AMIE ARESTANI, et al., ) | |
| ) | |
| Defendants. ) | |

## ASSENTED-TO MOTION TO CONTINUE TRIAL DATE FOR ONE WEEK

The government, by and through the undersigned attorney, hereby files this assented-to motion to continue the trial in the above-captioned matter for one week until October 28, 2013, or a date thereafter as is convenient for the Court. As grounds therefor, the government states as follows:

1. Charges remain pending against three defendants – Rudy Avalos, Adolfo Castilleja, and Carl Lindstrom in the above-captioned case; four co-defendants pled guilty and are awaiting sentencing by this Court.

2. On May 6, 2013, this Court scheduled trial to commence in the above-captioned matter on October 21, 2013. See Docket No. 137.

3. The undersigned Assistant U.S. Attorney hopes to attend a family wedding in Florida on October 18-20, 2013, but will not be able to return to Massachusetts until close to midnight on October 20, 2013. For that reason, the undersigned Assistant U.S. Attorney has consulted with counsel for all defendants against whom charges remain pending, and all counsel assent to this motion.

4. Accordingly, the United States moves, with the assent of all parties, for the trial to be continued for one week until October 28, 2013, or a date thereafter as is convenient for the Court.

5.    The United States further requests that the time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(iv). The government seeks an exclusion of this one-week period as being in the interest of justice. See United States v. Richardson, 421 F.3d 17, 29 (1st Cir. 2005) (government's continuity of counsel is valid ground for granting continuance in the interest of justice).

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ Linda M. Ricci
LINDA M. RICCI
Assistant U.S. Attorney

Date:   July 23, 2013

CERTIFICATE OF SERVICE

I, Linda M. Ricci, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Linda M. Ricci
LINDA M. RICCI

Date:   July 23, 2013