UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ ) | | |
| UNITED STATES OF AMERICA ) | | |
| ) | | |
| v. ) | Criminal No. 12-CR-10027 | |
| ) | | |
| RUDY AVALOS ) | | |
| _____ ) | | |

MOTION FOR RULE 11 HEARING

Now comes the Defendant and moves this Honorable Court schedule a hearing under Rule 11 of the Fed. R. Crim. P. in this matter.

> Rudy Avalos
> By his counsel
>
> /s/ *Derege B. Demissie*
> _____
> Derege B. Demissie
> DEMISSIE & CHURCH
> 929 Massachusetts Avenue, Suite 101
> Cambridge, MA 02139
> (617) 354-3944
> Fax: (617) 354-0985

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 17, 2013.

/s/ *Derege B. Demissie*
DEREGE B. DEMISSIE